UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO OCHOA ZARAGOSA, | ) | 1:06-CV-00705-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | TO FILE OBJECTIONS |
| v. | ) | (DOCUMENT #4) |
| | ) | |
| JEFFREY WRIGLEY, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On August 17, 2006, petitioner filed a motion to extend time to file objections to the Magistrate's findings and recommendations of July 17, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:   August 28, 2006                    /s/ Dennis L. Beck
ah0l4d                                UNITED STATES MAGISTRATE JUDGE