UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO OCHOA ZARAGOSA, | ) | 1:06-cv-00705-AWI-DLB-HC |
| Petitioner, | ) ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 3) |
| v. | ) ) | **ORDER DISMISSING PETITION** |
| JEFFREY WRIGLEY, | ) ) | **FOR WRIT OF HABEAS CORPUS** |
| Respondent. | ) ) | **ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On July 17, 2006, the Magistrate Judge filed Findings and Recommendations that the petition for writ of habeas corpus be DISMISSED because the petition does not allege grounds that would entitle petitioner to relief under 28 U.S.C. § 2241. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On August 17, 2006, Petitioner filed a motion to extend time. On August 28, 2006, the court granted Petitioner an additional thirty (30) days within which to respond. To date, neither party has filed objections to the Findings and Recommendations.

1

1     In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, the Court concludes that
4  the Magistrate Judge's Findings and Recommendations are supported
5  by the record and proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.   The Findings and Recommendations, filed July 17, 2006,
8  are ADOPTED IN FULL;
9     2.   The petition for writ of habeas corpus is DISMISSED
10 because the petition does not allege grounds that would entitle
11 petitioner to relief under 28 U.S.C. § 2241; and,
12    3.   The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   November 19, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE